R. Allan Bullwinkel (Texas Bar No. 24064327) (*Pro Hac Vice* application pending)
abullwinkle@hpcllp.com
HEIM, PAYNE & CHORUSH LLP
609 Main St., Suite 3200
Houston, TX 77002
T: (713)221-2000 F: (713)221-2021

Frederic G. Ludwig, III (CA Bar No. 205332)
eric.ludwig@ludwigiplaw.com
Andrew J. Kubik (CA Bar No. 246902)
andrew.kubik@ludwigiplaw.com
LUDWIG, APC
12463 Rancho Bernardo Road, No. 532
San Diego, California 92128
Telephone: 619-929-0873

Attorneys for Plaintiff *Wapp Tech Ltd. P'Ship & Wapp Tech Corp.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> vs. <br><br> JPMORGAN CHASE BANK, N.A. <br><br> Defendant. | S.D. Cal. Case No. **'24CV2256 BEN AHG** <br><br> Case No. 4:23-cv-1137 <br> Pending in: <br> The United States District Court for the Eastern District of Texas, Sherman Division <br><br> **WAPP'S NOTICE OF MOTION AND MOTION TO ENFORCE OUT-OF-DISTRICT SUBPOENA ON NON-PARTY MITEK SYSTEMS, INC.** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Wapp Tech Limited Partnership and Wapp Tech Corp. ("Wapp") will seek a hearing date to present this Motion to Enforce Its Out-of-District Subpoena on Non-Party Mitek Systems, Inc. ("Mitek") upon the assignment of this Miscellaneous Action.

Wapp files this Motion seeking an order requiring Mitek to comply with the subpoena served by Wapp on Mitek on October 7, 2024, which seeks productions of documents and source code. This motion is based on the pleadings, records, and files in Wapp Tech Limited Partnership and Wapp Tech Corp. v. JPMorgan Chase Bank, N.A., Case No. 4:23-cv-01137-ALM (E.D. Tex. filed December 22, 2023); documents in the public record; and the accompanying memorandum of points and authorities and associated exhibits.

Dated: December 3, 2024        By: */s/ Frederic G. Ludwig, III*

Frederic G. Ludwig, III (CA Bar No. 205332)
eric.ludwig@ludwigiplaw.com
Andrew J. Kubik (CA Bar No. 246902)
andrew.kubik@ludwigiplaw.com
LUDWIG, APC
12463 Rancho Bernardo Road, No. 532
San Diego, California 92128
Telephone: 619-929-0873

By: */s/ R. Allan Bullwinkel*

R. Allan Bullwinkel (TX Bar No. 24064327) (*Pro Hac Vice* application pending)
abullwinkle@hpcllp.com
Heim, Payne & Chorush LLP
609 Main St., Suite 3200
Houston, TX 77002
T: (713)221-2000 F: (713)221-2021

Attorneys for Plaintiff,
WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP.